ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| LUIS MIGUEL BERDIEL RIVERA<br><br>Recurrente<br><br>v.<br><br>COMISIÓN ESTATAL DE ELECCIONES; representada por su presidenta, JESSIKA D. PADILLA RIVERA; VANESSA SANTO DOMINGO CRUZ; ROBERTO IVÁN APONTE BERRIOS; NELSON ROSARIO RODRÍGUEZ; LILLIAN APONTE DONES; RAMÓN TORRES CRUZ; DANIEL VEGA ORTIZ; GOBIERNO DE PUERTO RICO, por conducto del Secretario del Departamento de Justicia, DOMINGO EMMANUELLI HERNÁNDEZ; RECURRIDOS DESCONOCIDOS; "JOHN DOE", "JANE DOE" y "RICHARD ROE"; ASEGUGURADORAS "X", "Y", "Z"<br><br>Recurrida | KLRA202400226 | *Revisión* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2024CV01916<br><br>Sobre: Acción Civil Jurada Revisión Judicial / Código Electoral Interdicto Preliminar y Permanente Sentencia Declaratoria Daños y Perjuicios |

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Romero García y la Jueza Martínez Cordero.

*Martínez Cordero, jueza ponente*

### SENTENCIA

En San Juan, Puerto Rico, a 7 de mayo de 2024.

El 2 de mayo de 2024, compareció el señor Luis Miguel Berdiel Rivera (en adelante, señor Berdiel Rivera) mediante un recurso de *Revisión Judicial* para solicitarnos la revisión de la *Sentencia* notificada el 10 de abril de 2024, por el Tribunal de Primera Instancia, Sala Superior de San Juan.[1] Mediante el dictamen objeto

---

[1] Apéndice del recurso, a las págs. 128-139.

Número Identificador

SEN2024_____

de revisión, el foro primario declaró Ha Lugar una *Moción de Desestimación* presentada por la Comisionada Electoral del Partido Nuevo Progresista, Lcda. Vanessa Santo Domingo Cruz (en adelante, Comisionada Electoral del PNP). En consecuencia, desestimó la causa de acción instada por el señor Berdiel Rivera y confirmó la determinación de la Comisión Estatal de Elecciones (en adelante, CEE) de rechazar la aspiración del aquí recurrente para ser candidato a Representante para el Distrito Representativo 25 para las primarias del PNP.

Recibido el recurso, concedimos hasta el 6 de mayo de 2024, a las 3:00 p.m., para que las partes recurridas presentaran su oposición al recurso. El 6 de mayo de 2024, tanto la CEE como la Comisionada Electoral del PNP presentaron sus escritos en oposición. Además, en esa misma fecha, el señor Berdiel Rivera presentó una *Moción sobre Desistimiento Voluntario*. En síntesis, solicitó a este Tribunal que se decretara el desistimiento voluntario con perjuicio.

Conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones,[2] este Tribunal tiene la facultad de prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante su consideración, con el propósito de lograr su más justo y eficiente despacho. Por tanto, evaluada la solicitud de desistimiento presentada por el señor Berdiel Rivera, este Tribunal declara *Ha Lugar* la misma. En consecuencia, y al amparo de la Regla 83(A) del Reglamento del Tribunal de Apelaciones,[3] se tiene por desistido el recurso de *Revisión Judicial* instado, **con perjuicio**, por lo que se ordena el cierre y archivo del presente caso.

---

[2] 4 LPRA Ap. XXII-B, R.7 (B)(5).
[3] 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones